UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CASON,<br><br>      Plaintiff(s),<br><br>   v.<br><br>FEDERATED LIFE INSURANCE COMPANY, a Minnesota Corporation, registred to do business in California; and Does 1 - 100,<br><br>      Defendant(s). | No. C 10-0792 EMC (BZ)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

   **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for**, Friday, July 16, 2010, at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, is **VACATED**.

Dated: July 13, 2010

_____
             Bernard Zimmerman
       United States Magistrate Judge

G:/bzall/-refs/refs.2010/cason vacate sett conf ord.wpd