**United States District Court**
For the Northern District of California

1
2
3
4
5
6                      UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9   Cheryl Cason,                                    No. CV10-00792 EMC

10          Plaintiff,                               **ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

11      v.

12  Federated Life Insurance Company,

13          Defendant.

14  _____/

15

16          On June 25, 2010, this Court referred this case to Magistrate Judge Bernard Zimmerman for

17  settlement conference, which is to be completed by September 25, 2010.  Judge Zimmerman

18  scheduled the conference for July 16, 2010, however, counsel were unavailable and that Judge

19  Zimmerman will not be available until November, 2010.  Parties agree to have this case referred to

20  another magistrate judge for settlement conference before September 25, 2010.

21          IT IS SO ORDERED that this case is re-referred to another magistrate judge for settlement

22  conference.  Settlement conference is to be completed by September 25, 2010.

23
    Dated:    July 21, 2010
24

25
                                          _____
26                                        EDWARD M. CHEN
                                          United States Magistrate Judge
27

28