Alice J. Wolfson, Esq. SBN 146359
David M. Lilienstein, Esq. SBN 218923
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Tel: (415) 271-7169
Fax: (415) 358-8484
david@dllawgroup.com, alice@dllawgroup,com

Attorneys for Plaintiff
CHERYL CASON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CASON ) | Case No.: C 10 00792 EMC |
| )  Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER RE:  SUBSTITUTION OF** |
| ) | **COUNSEL** |
| FEDERATED LIFE INSURANCE ) | |
| COMPANY: a Minnesota Corporation ) | |
| registered to do business in California, and ) | |
| DOES 1 to 100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY** given that Plaintiff CHERYL CASON, and her attorneys of record, hereby STIPULATE to the following SUBSTITUTION OF COUNSEL, effective immediately upon the Court's approval.  The new attorney of record shall be:

>Alice J. Wolfson, Esq. (146359)
>David M. Lilienstein, Esq. (167416)
>DL Law Group
>345 Franklin Street
>San Francisco, CA 94102
>Tel: (415) 271-7169
>Fax: (415) 358-8484
>Email: david@dllawgroup.com, alice@dllawgroup.com

NOTICE IS FURTHER GIVEN that the following is no longer counsel of record in this action:

>Sam Gilmore Ware
>700 Larkspur landing Circle #199
>Larkspur, CA  94939
>415-464-4872
>Fax:  415-532-2412
>Email:  sam@samware.us

THEREFORE, the parties respectfully submit that good cause exists and requests the above substitution of counsel.

SIGNED AND APPROVED:

Date: August 30, 2010  _____
PLAINTIFF, CHERYL CASON
(For efiling: Signature on file)

Date: August 30, 2010   DL LAW GROUP

_____/s/_____
David M. Lilienstein

Date: August 30, 2010  _____
Sam Gilmore Ware
(For efiling: Signature on file)

\*   \*   \*   \*   \*

[PROPOSED] ORDER

Plaintiff's STIPULATED request  re: SUBSTITUTION OF COUNSEL is hereby GRANTED.

**IT IS SO ORDERED**.

DATE:   9/9/10   _____
Hon. Edward M. Chen
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*