1  David M. Lilienstein, Esq. SBN 218923
2  Alice J. Wolfson, Esq. SBN 146359
   **DL LAW GROUP**
3  345 Franklin St.
   San Francisco, CA 94102
4  Tel: (415) 271-7169
   Fax: (415) 358-8484
5  david@dllawgroup.com, alice@dllawgroup,com

6
   Attorneys for Plaintiff
7  CHERYL CASON

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  CHERYL CASON                                 ) Case No.: C 10 00792 EMC
                                                 )
13         Plaintiff,                            )
                                                 )
14      v.                                       )
                                                 ) **STIPULATION AND [PROPOSED]**
15  FEDERATED LIFE INSURANCE                     ) **ORDER CONTINUING SETTLEMENT**
    COMPANY: a Minnesota Corporation             ) **CONFERENCE AND STATUS**
16  registered to do business in California, and ) **CONFERENCE**
    DOES 1 to 100,                               )
17                                               )
           Defendants.                           )
18                                               )
                                                 )
19

20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**WHEREAS**, effective September 9, 2010, Plaintiff is represented by new counsel in this matter; and

**WHEREAS** there is currently a Settlement Conference before Magistrate Judge Spero set for September 21, 2010; to be followed on September 29, 2010 by a Status Conference; and

**WHEREAS** the parties have met and conferred, and agree that Plaintiff's new counsel will require additional time to prepare for the Settlement Conference, and further agree that engaging in limited discovery is in the best interest of the efficient resolution of this matter; and

**WHEREAS** this will require the Court to continue the Settlement Conference and Status Conference; and

**WHEREAS** Judge Spero may not be available for Settlement Conference at a mutually acceptable time for the parties; and

**WHEREAS** the parties, have met and conferred and agree to conduct the Settlement Conference with Judge Maria-Elena James, and potentially other judges who might be available for a Settlement Conference; and

**WHEREAS** Judge James is currently available to conduct a Settlement Conference in this matter on December 3, 2010, and this date is acceptable to the parties;

**NOW, THEREFORE, THE PARTIES STIIPULATE** that good cause exists for (1) referring this case to Judge James, or other Judge that is available to conduct a Settlement Conference at a time and date that is mutually acceptable to the parties; (2) continuing the deadline for a Settlement Conference in this matter to December 10, 2010; and (3) continuing the Status Conference to December 22 at 1:30 pm; and respectfully request that the Court order same.

SIGNED AND APPROVED

Date: September 16, 2010                     DL LAW GROUP

                                               /s/
By: David M. Lilienstein
Attorneys for Plaintiff, Cheryl Cason

Date: September 16, 2010                     THE COSTA LAW FIRM

                                               /s/
By: Daniel Costa
Attorneys for Defendant
Federated Life Insurance Company
(For efiling: Signature on file)

## [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING**, the parties **STIPULATION** re continuing the Settlement Conference and the Status Conference in the matter is hereby **GRANTED**.

This action is referred to Judge Maria-Elena James, or other Judge that is available at a time and date that is mutually acceptable for the parties, for a Settlement Conference;

The Settlement Conference shall be completed on or before December 10, 2010.

The Status Conference is hereby continued until December 22, 2010, at 1:30 PM in Courtroom C, 15th Floor, San Francisco. The Status Report shall now be due by December 15, 2010.

**IT IS SO ORDERED**

DATE: 9/20/10                     _____
                                                    Hon. Edward Chen
                                                    Judge, United States

*IT IS SO ORDERED* — Judge Edward M. Chen