UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cheryl Cason,

    Plaintiff,

v.

Federated Life Insurance Company,

    Defendant.
_____/

No. CV10-00792 EMC

**ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

On July 21, 2010, this Court re-referred this case to Magistrate Judge Maria Elena-James for settlement conference, which was set for December 3, 2010. However, the settlement conference did not go forward due to the fact that Judge James had to have surgery and was not available to preside over this matter until May of 2011. Parties agree to have this case re-referred to another magistrate judge for settlement conference.

IT IS SO ORDERED that this case is re-referred to another magistrate judge for settlement conference. Settlement conference is to be completed by March 1, 2011. The status conference set for December 22, 2010 at 2:30 p.m. is rescheduled for March 9, 2011 at 2:30 p.m. An updated joint status conference statement shall be filed by March 2, 2011.

Dated: December 20, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: Sue