In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

AMENDED CIVIL MINUTES

**Date:** April 13, 2011

**Case No:** C10-0792 EMC

**Case Name:** Cason v. Federated Life

**Time:** 11:15 - 12:05
Reporter: Sahar Bartlett 626-6060

**Attorneys:** Daniel Costa for Plaintiff
Alice Wolfson for Defendant
Peter Schluederberg for OHI

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

(1) Defendant's Application for OSC (Docket #50)
(2) Status Conference

**ORDERED AFTER HEARING:**

(1) Defendant shall submit supplemental briefing as stated on the record by 4/20/11. Court will then issue order.

(2) 9-day jury trial is reset from 8/29/11 to 11/7/11 at 8:30 a.m. Court to issue other deadlines in the case management conference order.

The hearing on parties' joint letter dispute regarding Veila Frost (Docket #55) is **reset** from 4/20/11 to 4/27/11 at 10:30 a.m. Parties shall also file their joint letter regarding privilege matter by 4/20/11, which shall also be heard on 4/27/11 at 10:30 a.m.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 6/15/11 at 2:30 p.m. for Status Conference. An updated Joint Status Conference Statement due 6/8/11.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x ]  Court

**Case continued to:**
cc: EMC