UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL CASON,

        Plaintiff,

    v.

FEDERATED LIFE INSURANCE COMPANY, et al.,

        Defendants.

Case No. C10-0792 EMC

**ORDER REGARDING SUPPLEMENTAL BRIEFING ON DEFENDANT'S APPLICATION FOR ORDER TO SHOW CAUSE (Docket #50)**

___

The matter came on for hearing on April 13, 2011. For the reasons stated on the record, Defendant shall file as a supplemental filing a proposal to narrow and clarify its subpoena. Defendant shall set forth with greater precision and specificity the documents it seeks from OHI (e.g. course descriptions for classes taken by Plaintiff, schedule of her jobs & tasks, etc.) consistent with the Court's observation that the request must be narrowly tailored and strongly justified in light of the privacy and constitutional interests potentially at stake. Each document request shall be followed by a brief parenthetical identifying the need for such document in this lawsuit. Defendant shall also list the questions it seeks to propound in the proposed deposition of the OHI custodian of record, keeping in mind the above observations.

    IT IS SO ORDERED.

Dated: April 14, 2011

                                              EDWARD M. CHEN
                                              United States Magistrate Judge