HOLSENBACK APC
J. Daniel Holsenback, Esq. (SBN 145640)
Peter Schluederberg, Esq., Of Counsel (SBN 137995)
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (619) 269-4634
Facsimile: (619) 269-4635

Attorneys for Party-in-Interest
Optimum Health Institute

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHEN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL CASON,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 100,<br><br>Defendants. | Case No.: C 10-cv-00792 EMC<br><br>**STIPULATION AND ORDER THEREON FOR BRIEFING SCHEDULE AND EXPEDITED SCHEDULING OF OSC/CIVIL CONTEMPT HEARING REGARDING OPTIMUM HEALTH INSTITUTE'S REFUSAL TO PRODUCE DOCUMENTS IN RESPONSE TO COURT ORDER** |

Third Party Optimum Health Institute ("OHI") and Defendant Federated Life Insurance Company ("Federated"), through their undersigned counsel, hereby stipulate and agree to the following, subject to approval by the Court:

WHEREAS, the Court issued an Order [Docket No. 73], dated April 26, 2011, directing OHI to lodge with the Court, under seal, for *in camera* review (in response to Federated's revised version of its prior March 1, 2011 subpoena), no later than May 11, 2011, documents responsive to the following requests:

1. Attendance records or documents reflecting dates of Cason's attendance or stay at OHI within the last 5 years;

2. Documents reflecting Cason's participation in scheduled clases at OHI during any of her stays within the last 5 years;

3. Any documents reflecting the class schedules for guests of Missionaries within the last 5 years;

4. Any documents describing the activities available on regular basis at OHI for guest or Missionaries within the last 5 years; and

5. Any documents Cason filled out at OHI within the last 5 years.

WHEREAS, OHI lodged documents with the Court pursuant to the Order, including documents over which it did not claim a privilege because such documents are publicly available, and documents which OHI did claim to be confidential and/or privileged, for which OHI provided a privilege log identifying which privileges or protections were being asserted;

WHEREAS, the Court thereafter issued an Order [Docket No. 83] on May 20, 2011, directing OHI to produce to Federated, within five Court days of the Order, each of the documents it had submitted for *in camera* review;

WHEREAS, OHI has produced to Federated, within the five Court days ordered by the Court, the documents it had produced for *in camera* review and over which it did not claim a privilege, as well as the privilege log identifying the documents it had produced for *in camera* review but which it claimed to be confidential and/or privileged, but OHI has withheld from its production to Federated the documents identified in the privilege log as confidential and/or privileged ("Subject Documents"), despite the Court's May 20, 2011 Order;

WHEREAS, both Federated and OHI seek to expedite the process by which the Court can hold an OSC hearing and contempt hearing in which it can find OHI in civil contempt for its refusal to comply with the Court's order to produce the Subject Documents to Federated which OHI claims to be confidential;

WHEREAS, both Federated and OHI seek to have the Court issue its civil contempt order as early as possible so that OHI may file an expedited appeal and/or writ at the earliest opportunity, while also requesting a stay of such contempt order pending the appeal;

1. OHI and Federated stipulate and agree that the Court may set an OSC and contempt hearing on a shortened time, preferably during the June 6 to June 8, 2011 time frame, to find OHI in civil contempt for its refusal to produce the Subject Documents and counsel for OHI and Federated may appear telephonically at the hearing.

2. OHI and Federated may contemporaneously file briefs relating to the OSC/civil contempt hearing by Thursday June 2, 2011, with no responsive briefs to be filed.

DATED: May 27, 2011

**HOLSENBACK APC**

**/s/J. DANIEL HOLSENBACK**
J. Daniel Holsenback, Esq.
Peter Q. Schluederberg, Esq. for
Interested Third Party,
OPTIMUM HEALTH INSTITUTE

**THE COSTA LAW FIRM**

**/S/ DANIEL P. COSTA**
Daniel P. Costa
Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

**ORDER ON STIPULATION**

GOOD CAUSE APPEARING, and pursuant to the above stipulation, IT IS HEREBY ORDERED as follows:

1. The requested OSC/civil contempt hearing to determine whether Optimum Health Institute should be found in civil contempt for its refusal to produce documents pursuant to Court order is set for June 8, 2011 at 10:30 am. Counsel for OHI and Federated may appear telephonically at the hearing. Court will call both parties between 10:30 a.m. and 12:00 p.m.

2. Both OHI and Federated may file briefs relating to the OSC/civil contempt hearing by Thursday June 2, 2011, with no responsive briefs to be filed.

IT IS SO ORDERED.

Dated: May 27, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

– 4 –