1 | **THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2 | 2489 Sunrise Blvd., Suite A
Gold River, California  95670
3 | Telephone:  (916) 400-2734
Telecopier:  (916) 400-2744
4 |
5 | Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CASON, | ) CASE NO:  C 10-00792 EMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PR~~OPO~~SED]** |
| vs. | ) **ORDER TO CONTINUE** |
| | ) **DISCOVERY CUT-OFF DATES** |
| | ) |
| FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 100, | ) ) ) ) |
| | ) |
| Defendants. | ) |

   IT IS HEREBY AGREED AND STIPULATED to by the parties through their respective counsel of record that the discovery cut-off dates in this matter be briefly continued. Specifically, the parties agreed and stipulated that non-expert discovery in this matter, presently scheduled to close June 20, 2011, be continued to July 7, 2011, and expert discovery, presently scheduled to close June 20, 2011, be continued to August 4, 2011.  Expert disclosures will now be due July 7, 2011, and rebuttal experts shall be disclosed and reports provided by July 21, 2011.

   This short continuance of the discovery deadline is necessary because lead counsel for Defendant FEDERATED LIFE INSURANCE COMPANY ("FEDERATED"), Dan Costa, is in trial

in another matter and will have very limited availability through approximately June 17, 2011, or later. Both parties, having met and conferred regarding new discovery deadlines and having secured deponents' availability for new dates agreeable to both parties, agree that good cause exists for this short continuance of applicable discovery deadlines.

STIPULATED AND AGREED TO BY:

DATED:  June 8, 2011                **THE COSTA LAW FIRM**

By:     /s/   **DANIEL P. COSTA**
DANIEL P. COSTA, ESQ.
Attorneys for Defendant
FEDERATED INSURANCE COMPANY

DATED:  June 8, 2011                **DL LAW GROUP**

By:     /s/   **DAVID LILIENSTEIN**
DAVID LILIENSTEIN, ESQ.
ALICE WOLFSON, ESQ.
Attorneys for Plaintiff
CHERYL CASON

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the discovery cut-off dates in the matter of CASON v. FEDERATED LIFE INSURANCE COMPANY (CASE NO: C 10-00792 EMC) be continued briefly. Non-expert discovery is continued from June 20, 2011, to July 7, 2011, and expert discovery is continued from June 20, 2011, to August 4, 2011. Expert disclosures will now be due July 7, 2011, and rebuttal experts shall be disclosed and reports provided by July 21, 2011.

Dated: June 13, 2011

_____
JUDGE EDWARD M. CHEN

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]