**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2489 Sunrise Blvd., Suite A
Gold River, California  95670
Telephone:  (916) 400-2734
Telecopier:  (916) 400-2744

Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CASON, | CASE NO:  C 10-00792 EMC |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER VACATING SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION** |
| vs. | |
| FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 100, | |
| Defendants. | |

    IT IS HEREBY AGREED AND STIPULATED to by the parties through their respective counsel of record that the Settlement Conference of this matter, which is presently scheduled for August 9, 2011, with the United States Magistrate Judge for the Northern District, Donna M. Ryu, be vacated.  The Settlement Conference may properly be vacated, as the parties have agreed to participate in a private mediation with Doug deVries, which is tentatively scheduled for August 29, 2011.  The mediation fee is to be split evenly between the parties.

STIPULATED AND AGREED TO BY:

DATED: August 2, 2011                           **THE COSTA LAW FIRM**


                                                By:     **/s/   DANIEL P. COSTA**
                                                        DANIEL P. COSTA, ESQ.
                                                        Attorneys for Defendant
                                                        FEDERATED INSURANCE COMPANY


DATED: August 2, 2011                           **DL LAW GROUP**


                                                By:     **/s/   DAVID LILIENSTEIN**
                                                        DAVID LILIENSTEIN, ESQ.
                                                        ALICE WOLFSON, ESQ.
                                                        Attorneys for Plaintiff
                                                        CHERYL CASON

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Settlement Conference in the matter of CASON v. FEDERATED LIFE INSURANCE COMPANY (CASE NO:  C 10-00792 EMC) that is currently scheduled for August 9, 2011 be vacated. The Parties have agreed to participate in a private mediation in lieu of the Settlement Conference.

Dated: August _5_, 2011                         _____
                                                MAGISTRATE JUDGE DONNA M. RYU