1 **THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2 2489 Sunrise Blvd., Suite A
Gold River, California 95670
3 Telephone: (916) 400-2734
Telecopier: (916) 400-2744
4
Attorneys for Defendant
5 FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL CASON, | ) | CASE NO: C 10-00792 EMC |
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) | Hon. Edward M. Chen |
| FEDERATED LIFE INSURANCE COMPANY; a Minnesota Corporation registered to do business in California; and DOES 1 to 100, | ) ) ) ) ) ) | ORDER RESETTING STATUS |
| Defendants. | ) | |

NOTICE OF SETTLEMENT
- 1 -

**TO THE COURT AND TO THE PARTIES IN THIS ACTION:**

Please be advised that plaintiff, CHERYL CASON, and defendant FEDERATED LIFE INSURANCE COMPANY (collectively, the "Parties) have reached a settlement in this matter. The Parties anticipate filing the required Stipulations of Dismissal within the next thirty (30) days. The Parties agree that the Case Management Conference set for September 9, 2011, can be taken off calendar in light of this settlement.

Dated:  September 1, 2011    **THE COSTA LAW FIRM**

By:    **/S/ DANIEL P. COSTA**
DANIEL P. COSTA
Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

Dated: September 1, 2011    **DL LAW GROUP**

By:    **/S/ DAVID M. LILIENSTEIN**
DAVID M. LILIENSTEIN
Attorneys for Plaintiff
CHERYL CASON

IT IS SO ORDERED that the status conference set for 9/9/11 at 11:00 a.m. is reset for 10/21/11 at 10:30 a.m.  An updated joint status report shall be filed by 10/14/11.  This hearing will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



NOTICE OF SETTLEMENT
- 2 -