**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2489 Sunrise Blvd., Suite A
Gold River, California  95670
Telephone:  (916) 400-2734
Telecopier:  (916) 400-2744

Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL CASON, | ) | CASE NO:  C 10-00792 EMC |
|                Plaintiff, | ) | **STIPULATION RE: DISMISSAL** |
| vs. | ) | **AND ORDER** |
| | ) | |
| | ) | |
| FEDERATED LIFE INSURANCE COMPANY; a | ) | |
| Minnesota Corporation registered to do | ) | |
| business in California; and DOES 1 to 100, | ) | |
| | ) | |
|                Defendants. | ) | |

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).  The Parties shall bear their own costs and attorney's fees in connection with this lawsuit and the negotiation and preparation of this Agreement.


DATED:  September 29, 2011                    **DL LAW GROUP**


                                        By:     ___**/S/ DAVID LILIENSTEIN**___
                                                DAVID M. LILIENSTEIN, ESQ.
                                                Attorneys for Plaintiff
                                                CHERYL CASON

DATED: September 29, 2011        **THE COSTA LAW FIRM**

By:      ___/S/ DANIEL P. COSTA_____
DANIEL P. COSTA
Attorneys for Defendant
FEDERATED LIFE INSURANCE COMPANY

**ORDER**

     IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Dated: __October 5_____, 2011        _____
                                           HON. EDWARD M. CHEN
                                           UNITED STATES MAGISTRATE JUDGE
                                                        DISTRICT